Smith County, Texas, denying appellant's application for a writ of habeas corpus in which he sought his discharge from the penitentiary.

The application having been denied and the writ refused, appellant has no right to an appeal to this Court. Art. 119, V.A. C.C.P.; Ex parte Prosser, 149 Tex.Cr.R. 319, 194 S.W.2d 89 and Ex parte Hubbard, 154 Tex.Cr.R. 57, 225 S.W.2d 196.

The appeal is dismissed.

Opinion approved by the Court.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is selling whisky in a dry area; the punishment, 30 days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**Dodd HAYES, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28112.

Court of Criminal Appeals of Texas.

Feb. 29, 1956.

**Jodie Douglas MAHAN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28077.

Court of Criminal Appeals of Texas.

Feb. 22, 1956.

